UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO

BRENT SWARO,

    Plaintiff,

v.

                              Case No.:

LOGSDON FLEETING and/or LOGSDON
TUG SERVICE, INC.,

    Defendants.
_____/

## COMPLAINT

**NOW COMES** Plaintiff, by and through counsel undersigned, O'BRYAN BAUN KARAMANIAN, complaining against Defendant as follows:

1. Territorial jurisdiction and venue lie in this action, Defendants being subject to jurisdiction in this jurisdiction where the incident of occurrence occurred.

2. Original jurisdiction is founded under diversity of citizenship, 28 U.S.C 1332, Plaintiff being an Ohio Citizen and Defendant an Illinois corporation with a principal place of business in Illinois, and the amount in controversy exceeding $75,000.00.

3. Subject matter jurisdiction is under to general maritime law for negligence and false imprisonment.

4. At all times material to issues herein, Defendants owed Plaintiff the duty to exercise reasonable care on his behalf.

5. At all times material to issues herein, Plaintiff served as an employee/crewmember aboard the M/V Carl Cannon, owned, operated, or otherwise controlled by American Commercial Barge Line (ACBL).

Complaint & Jury Demand Page | 1

6. On or about March 15, 2022, Plaintiff was in the course of his employment reporting for watch while a certain barge was being removed from his tow by Defendants. Plaintiff in the ordinary course of his employment, happened to be on the aforesaid barge as it was being pulled away from the tow. Plaintiff requested for the barge to be touched up so he could step off and rejoin his crew, but against Plaintiff's will, the Defendants' Captain refused and negligently imprisoned and transported Plaintiff against his will. Whereafter the defendants' vessel engaged in fleeting activity with said barge, and in the course thereof, a shoreline was attached to the barge in a peculiarly unfamiliar way when Defendants' vessel negligently, violently backed into a shoreline causing it to speedily traverse the deck, striking and causing a winch to spin and Plaintiff was violently struck because of the aforesaid action.

7. Defendants' tortious acts aforesaid caused or contributed to Plaintiff's damages, *inter alia*, as follows:

   a. Pain and suffering, past future.
   b. Mortification, humiliation, fright shock and embarrassment.
   c. Loss of earnings and earning capacity.
   d. Hospital, pharmaceutical and other cure expenses.
   e. Aggravation of prior condition, if any there be.
   f. Inability to engage in social, recreational, and other pursuits previously enjoyed.
   g. Mental anguish.
   h. Found.

**WHEREFORE,** Plaintiff demands trial by jury and judgment against Defendants, together with interest, costs, attorney fees and expenses, all to be methodically adjusted upwards during the pendency of this cause.

Respectfully submitted,

O'Bryan Baun Karamanian

*/s/ Dennis M. O'Bryan*
Dennis M. O'Bryan
Attorney for Plaintiff
401 S. Old Woodward Ave., Ste. 463
Birmingham, MI 48009
248.258.6262, 248.258.6047 – fax
dob@obryanlaw.net

and

Burke, Warren, MacKay & Serritella, P.C.

*/s/ Frederic Mendelsohn (w/consent)*
Fredric Mendelsohn (6193281)
Local Counsel for Plaintiff
330 N. Wabash Ave., 21st Floor
Chicago, IL 60611-3607
312.840.7004, 312.840.7900 – fax
fmendelsohn@burkelaw.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO

BRENT SWARO,

    Plaintiff,

v.

                                    Case No.:

LOGSDON FLEETING and/or LOGSDON
TUG SERVICE, INC.

    Defendants.
_____/

## **DEMAND FOR TRIAL BY JURY**

    **NOW COMES** Plaintiff, by and through counsel undersigned, O'BRYAN BAUN KARAMANIAN, and hereby demands trial by jury in the above-referenced cause of action.

                                            Respectfully submitted,

                                            O'Bryan Baun Karamanian

*/s/ Dennis M. O'Bryan*
DENNIS M. O'BRYAN (P30545)
Attorneys for Plaintiff
40l S. Old Woodward, Suite 463
Birmingham, MI 48009
248.258.6262, 248.258.6047 - fax
dob@obryanlaw.net

-and-

Burke, Warren, MacKay & Serritella, P.C.

*/s/ Frederic Mendelsohn (w/ consent*)
Frederic Mendelsohn, (6193281)
Local Counsel for Plaintiff
330 N. Wabash Ave., 21st Floor
Chicago, IL 60611-3607
312.840.7004, 312.840.7900
fmendelsohn@burkelaw.com